# EXHIBIT A



# FAX COVER SHEET

To: **James Tedford**

Fax: **626-793-7293**
Phone.

From: MULTICARE CONNECT AND CARE CONNECT
Fax:
Phone: **MultiCare**
Notes:

---

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**

THE INFORMATION CONTAINED IN THIS MESSAGE IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE AND IS INTENDED FOR USE BY THE INDIVIDUAL OR INDIVIDUALS NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT
    Radiology/Imaging   253-792-6220
    Transcription        253-876-8485
AND THEN DESTROY THE ENTIRE ORIGINAL FAX.

---

Number of pages including this cover sheet: **6**
Date and time created: **3/15/2021 3:16:36 PM**
Date and time of transmission: **3/15/2021 3:16:36 PM**



3/15/2021

Amy Hartlmueller-Torres
25011 222 Ct Se
Maple Valley WA 98038

**Reason for Discharge:** Successful Completion
**Admission Diagnosis:** Other stimulant dependence, uncomplicated [F15.20]

Enrolled Date: 02/10/21
Date of Discharge: 03/12/21
Episode Discharging From: (Residential SUD)
Treatment Outcomes: Substantially increased baseline functioning
Medication continuity of care information: Client did not receive medication services

Referral Provided?: Yes(SOUND)
Date of Last Contact: 03/12/21
Planned Discharge?: Yes(Successful Completion)
Legal Status at Discharge: Involuntary
Risk Issues?: No risk issues

Home Medications - Last
Reviewed On: 2/11/21 1557
Not on File


ASAM Level - Dimension 1: 0 - No withdrawal management services indicated
ASAM Level - Dimension 2: 1 - Outpatient - referral to medical primary care
ASAM Level - Dimension 3: 2.1 - Intensive Outpatient services
ASAM Level - Dimension 4: 2.1 - Intensive Outpatient services
ASAM Level - Dimension 5: 2.1 - Intensive Outpatient services
ASAM Level - Dimension 6: 2.1 - Intensive Outpatient services
ASAM Level – Overall: Level 2.1

**Treatment summary, attendance, and progress toward goals on treatment plan:**
　　Recommended ASAM Level of Care for Dimension 6: 2.1 - Intensive Outpatient
　　services
　　Overall Recommended Level of Care (calculated): Level 2.1
　　Clinical Overview: Dimension 1
　　Amy self-reported without withdrawals symptoms at the time of the assessment.  Amy

self-reported fatigue, able to cope with discomfort and participate in current program.
Update 02/18/21: No sign of intoxication or withdrawal. MAT services declined.
Update 02/26/21: No sign of withdrawal or intoxication.
Update 03/08/21: No withdrawal management needed at this time.

Dimension 2
Amy self-reported with High blood pressure and reported with medication for current condition. Amy self-reported anemia deficiency. Amy self-reported "small dental problem" without complication. Amy self-reported with a primary care provider with Sound Health.
Update 02/18/21: No immediate biomedical concerns at this time. Amy will continue to follow up with her PCP for preventative services.
Update 02/26/21: Amy has been monitoring her blood pressure and reports no immediate biomedical concerns. She is coping with any post acute withdrawal symptoms. Amy was seen after admission by MD on-site who clears residents for care regarding any medical concerns. No allergies reported or documented. TB questionnaire initiated upon entry with no symptoms reported. HIV/AID risk intervention completed at admission.
Update 03/08/21: No biomedical concerns at this time. Amy will follow up with her outpatient providers for preventive care.

Dimension 3
Amy denies history of abuse in the past, Amy self-reported going throw grief and loss issue for the last year, Amy stated had loss husband. "My self-esteem is declining since I started use and very irritable", Amy self-reported had participate in counseling with Sound Health. Currently experiences a decrease of energy and feeling withdrawn. No history of suicide attempts in Family. Amy self-reported "I thought about it recently", Amy reports had a plan, Amy denies current intend at the time of the assessment.
Update 02/18/21: Amy reports significant guilt/greif and loss due to the loss of her husband and her legal issues. She appears to be coping with her negative emotions but will follow up with onsite MHP. No suicidal ideation observed or reported.
Update 02/26/21: Amy continues to struggle with grief/loss and lack of coping skills to combat daily stressors. She has remained open to work on her mental health and is working with onsite MHP.
Update 03/08/21: Amy will benefit from therapeutic work around issues related to trauma/possibly PTSD, grief and loss, impulse control, mindfulness, resentments and education on diagnosis. She would also benefit from continuing to explore and evolve in the adoption of healthy coping methods to manage stress and achieve/maintain strong mental health and continued care thereafter. She has an appointment set for a mental health evaluation with Sound.

Dimension 4
Amy self-reported without treatment history in the past, Amy self-reported had been in counseling with Sound Mental Health, denies outpatient services, Amy is self-motivated to assist in current program. Amy identify a past problem with substance use, Amy denies current problem with substance use. Amy self-reported without previous tries to cut down or control use in the past. Amy self-reported use "to be productive"
Update 02/18/21: Amy appears to be in the contemplation stage of change. Although she reports internal motivation to change, her motivation is primarily external due to

legal pressures.
Update 02/26/21: Amy has begun to gain insight to her use and challenges. She has acknowledged the severity of her challenges and has shown a consistent desire to work on impulse control.
Update 03/08/21: Amy appears to be in the contemplation/preparation stage of change and has gained some momentum while in treatment. She is advised to self advocate and continue recovery work and progress through stages of change, avoid isolation and watch for complacency. Maintain treatment/legal compliance to meet goal of building a positive recovery environment.

Dimension 5
Amy self-reported experienced craving for methamphetamine in the past and currently at the time of the assessment, Amy denies cravings for Heroin at the time of the assessment and in the past. Amy reports a recent loss of a close relative, which leads to the use of substances to cope with the current situation, Amy reports that she does not have any type of relapse prevention strategies or tools. Amy denies to identify current problem with substance use, no previous intent to discard or control use.
Update 02/18/21: Amy reports long history of use with no significant clean time. She minimizes the severity of her use and does not have any prevention or refusal skills at this time. She is at high risk for continued use and will benefit from continuing in residential treatment.
 Update 02/26/21: Amy has begun to acknowledge the severity of her use and has shown desire to learn about her personal relapse cycle. She is working on identifying her triggers and gaining coping skills to combat these and daily stressors.
Update 03/08/21: Amy has identified many of her triggers and has completed her WRAP. She will benefit from continuing to learn/practiice concepts needed for successful recovery lifestyle. She will benefit from exploring further triggers for use and practice coping skills to manage triggers, strategies for addressing cravings, and continue healing from trauma and loss with her outpatient provider.

Dimension 6
 Amy self-reported in the past days had been home remodeling, painting, play video game in the phone and being a part time care giver. Amy self-reported often activity. Amy stated self-employee. Amy self-reported living "alone". Amy self-reported history of use in family.  Amy self-reported been adopted from Seoul (South Korea) and arrived to the U.S.A with a German-American Family. Amy self-reported family without knowledge of her being in current program. Amy self-reported "shame" Amy current Recovery Environment is not supportive for addiction recovery.
Update 02/18/21: Amy does not have significant sober support and reports a negative peer group. She will be returning back home to her previous environment where her significant other is possibly in active use. She is new to the program and will benefit from building her support network.
Update 02/26/21: Amy does not have a positive recovery environment. She has declined any clean and sober housing options and would like to continue her work on refusal skills and coping with high risk situations. Amy has emerged herself into the clean and sober community and has begun to build her support network as she currently does not have one.
Update 03/08/21: Amy will transition home where she will be on home monitoring until further notice. She has established some sober support and reports being open to continuing to gain support in the community. She is advised to maintain healthy

boundaries in interpersonal relationships, maintain stable and sober housing, establish and meet regularly with sponsor, attend self-help sober support meetings.

*Are there any circumstances that would override the ASAM PPC clinical recommendations for placement?:* No
*Actual Overall Level of Care:* 2.1 - Intensive Outpatient

**Recommendations for services and supports:** Amy presented with possible mental health symptoms during her stay. She reports significant grief/loss due to the loss of her husband, and remorse due to her serious legal obligations that she is working through. At the beginning of her stay it appeared that Amy did not understand the severity of her challenges or the significance that her use has had on her life/decision making skills. Amy was first hyper-focused on external motivators and attempting to cope with her legal situation, but soon began to gain internal motivation. During her stay at Turning Point she has gained stamina to arrest use and maintain abstinent. She reports she has not experienced cravings for substance and is grateful to be clean. Her strength is the consistent articulation of the desire to change/remain abstinence and her awareness of connection between substance use and negative consequences. She also expresses pride in her current abstinence and sober date.

Amy learned and adopted treatment rules/guidelines quickly and has been a positive example in the residential community. She showed great commitment to her program and a strength, confidence and desire to remain abstinent and change her lifestyle. After two weeks in the program she was voted community leader by her peers. Her strengths are that she has been fully engaged in groups and activities and is inspired for a healthy future and lifestyle. While in treatment Amy reports learning a healthy lifestyle and support is what will work best for her to maintain strong mental health. When symptoms arise, she will seek help/self-advocate for intervention if/when needed. She will benefit from therapeutic work around issues related to trauma/possibly PTSD, grief and loss, boundaries, impulse control, mindfulness, resentments and education on diagnosis. Amy would benefit from continuing to explore and evolve in the adoption of healthy coping methods to manage stress and achieve/maintain strong mental health and continued care thereafter. A mental health evaluation has been scheduled for 03/31/21 with SOUND.

Amy has progressed to preparation/action stage of change and has learned perspective with an internal desire to apply coping skills and to address substance use disorder triggers. Her strength is the consistent articulation of the desire to change/remain abstinence and her awareness of connection between substance use and negative consequences. Amy has demonstrated consistent follow-through and well thought out work on her individual service plans related to managing the complexity of substance use disorder and her behavioral health. She shows cognitive and emotional awareness and acceptance of her need to abstain from psychoactive substances. Amy appears to have made significant progress while in treatment on managing past emotional pain as evidence by her ability to discuss and process these topics. She has begun working through some of the more difficult pain that she had kept hidden away (and thus used over) which has been a notable weight lifted from her. This work will be ongoing with her outpatient mental health providers. Amy will need to continue to learn/practice healthy and recovery centered boundaries. She has very little support in the recovery community and her significant other is not supportive of her recovery. Amy is advised to use her learned skills to promote a safe and healthy recovery environment. Amy appears willing to utilize coping skills (i.e. ABC thinking, thought stopping). She will benefit from exploring further triggers for use, managing triggers, strategies for

addressing cravings, and continue healing from trauma and loss. She has adopted an enthusiastic attitude around an abstinent lifestyle and future.  She will utilize the skills and tools she has adopted to combat a return to any destructive or prohibit activities. It is important that she practices receiving support and that she asks for help when she needs it.  She has maintained momentum with a desire to complete well thought out and authentic work.  She will continue to work on her long-term recovery plan upon discharge.  She is amenable to engage in the 12-step model and establish a sponsor and a sober support community.  Amy is appropriate for discharge on 03/12/21 to enter IOP program and behavioral health services for her continued care at Overall 2.1 ASAM level of care.


Jessica A Pierce, CDPT

Stacy J Evanger-Jenkins, SUDP
3/15/2021